# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FARMEDHERE, LLC., an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JUST GREENS, LLC, d/b/a AERO FARM SYSTEMS, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Civil Action No. 1:14-cv-00370 |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 3.2 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Plaintiff, FarmedHere, LLC, by its attorneys, Brown, Udell, Pomerantz & Delrahim, Ltd., hereby states for its Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, that it has no parent corporation and none of its members are publicly held corporations.

Dated: January 21, 2014

Respectfully submitted,

By: /s/ Michael Delrahim
Michael Delrahim (#6277361)
Shelley Smith (#6208287)
**BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.**
1332 N. Halsted St. Suite 100
Chicago, Illinois 60642
Ph: (312) 475-9900
Fax: (312) 475-1188
*Attorneys for Plaintiff*
FARMEDHERE, LLC.