## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FARMEDHERE, LLC., an Illinois Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:14-cv-00370 |
| JUST GREENS, LLC, d/b/a AERO FARM SYSTEMS, LLC, a Delaware Limited Liability Company, | ) ) ) ) ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS PURSUANT TO RULE 3.4 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Plaintiff, FarmedHere, LLC, by its attorneys, Brown, Udell, Pomerantz & Delrahim, Ltd., hereby states, for its Notice of Claims Involving Patents or Trademarks pursuant to Rule 3.4 of the Local Rules of the United States District Court for the Northern District of Illinois, that its claims involve U.S. Patent No. 8,533,992, issued on September 17, 2013, and invented by Edward D. Harwood, and U.S. Trademark No. 4292224, filed on July 6, 2012, and held by FarmedHere, LLC.

Dated: January 21, 2014

Respectfully submitted,

By: _____
Michael Delrahim (#6277361)
Shelley Smith (#6208287)
**BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.**
1332 N. Halsted St. Suite 100
Chicago, Illinois 60642
Ph: (312) 475-9900
Fax: (312) 475-1188
*Attorneys for Plaintiff*
FARMEDHERE, LLC.