## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FARMEDHERE, LLC., an Illinois Limited Liability Company,** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:14-cv-00370 |
| **JUST GREENS, LLC, d/b/a AERO FARM SYSTEMS, LLC, a Delaware Limited Liability Company,** | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Sue Rhea
      Just Greens, LLC c/o Corporation Service
      2711 Centerville Rd.
      Suite 400
      Wilmington, Delaware 19808

PLEASE TAKE NOTICE that on the 27th day of February, 2014 at 9:00 a.m., I shall appear before the Honorable Judge James F. Holderman in Room 2141 of the United States District Court, Northern District of Illinois, and then and there present **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** a copy of which is attached and hereby served upon you.

FARMEDHERE, LLC,

By:____/s/ Shelley Smith_____
   One of Its Attorneys

Shelley Smith (ARDC # 6208287)
BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.
1332 North Halsted Street, Suite #100
Chicago, Illinois 60642
Tel: (312) 475-9900/ Fax: (312) 475-1188

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she served a copy of the attached **Notice of Motion and Plaintiff's Motion for Default Judgment** upon the counsel of record named on the attached Service List via U.S. Mail, postage pre-paid, in a properly addressed envelope, and by depositing said envelope in a U.S. mailbox in Chicago, Illinois on this 19th day of February, 2014, before 5:00 p.m.

Sue Rhea
Just Greens, LLC c/o Corporation Service Co.
2711 Centerville Rd.
Suite 400
Wilmington, Delaware 19808


/s/ Emilie Caulfield
_____