# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

FarmedHere, LLC

                       Plaintiff,

v.                                                   Case No.: 1:14–cv–00370
                                                 Honorable James F. Holderman

Just Greens, LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2014:

      MINUTE entry before the Honorable James F. Holderman: Motion hearing held. Plaintiff's motion for default judgment [8] is moot. Defendant shall answer, move or otherwise respond to Plaintiff's complaint by 3/18/14. Counsel for Defendant shall file an appearance on behalf of Defendant. Status hearing set for 3/20/14 at 9:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.