UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

_____

| | |
|---|---|
| FARMEDHERE, LLC, an Illinois Limited Liability Company, | Civil Action No. 1:14-cv-00370 |
| Plaintiff, | Honorable James F. Holderman |
| v. | |
| JUST GREENS, LLC, d/b/a AERO FARM SYSTEMS, LLC, a Delaware Limited Liability Company | |
| Defendant. | |

_____

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, ALTERNATIVELY, TO STAY THIS ACTION PURSUANT TO FED. R. CIV. PROC. 12(B)(3)

Defendant Just Greens, LLC d/b/a AeroFarms ("AeroFarms"), hereby moves this Court pursuant to Fed. R. Civ. Proc. 12 to dismiss the complaint of FarmedHere, LLC ("FarmedHere"), or, alternatively, for a stay of this action. The grounds for dismissal or stay are set out in full in AeroFarm's Memorandum of Law, filed contemporaneously herewith.

WHEREFORE, AeroFarms respectfully requests that the complaint of FarmedHere be dismissed in its entirety, or alternatively, that this action be stayed pending the resolution of the New York Action.

          Respectfully submitted

          JUST GREENS, LLC, d/b/a AEROFARM SYSTEMS, LLC

          By: /s/ James D. Ossyra
                One of Its Attorneys

James D. Ossyra (ARDC# 6186512)
jossyra@daspinaument.com
DASPIN & AUMENT, LLP
227 West Monroe Street, Suite 3500
Chicago, Illinois 60606
(312) 258-1600