**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

FarmedHere, LLC
                            Plaintiff,

v.                                               Case No.: 1:14–cv–00370
                                                     Honorable James F. Holderman

Just Greens, LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2014:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held. Motion hearing held. Defendant's motion to dismiss for lack of jurisdiction [12] is taken under advisement. Plaintiff's response shall be filed by 4/17/14. Defendant's reply in support shall be filed by 5/1/14. The court will rule electronically and set further dates in the ruling. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.