# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

FarmedHere, LLC

                        Plaintiff,

v.                                                     Case No.: 1:14−cv−00370
                                                   Honorable James F. Holderman

Just Greens, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2014:

        MINUTE entry before the Honorable James F. Holderman: Defendant's Application to appear pro hac vice [16] is granted. Attorney Dana Michelle Susman is given leave to appear as counsel for Defendant. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.