UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FARMEDHERE, LLC, an Illinois Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:14-cv-00370 |
| | ) ) | Honorable James F. Holderman |
| JUST GREENS, LLC, d/b/a AERO FARM SYSTEMS, LLC, a Delaware Limited Liability Company, | ) ) ) ) ) | |
| Defendant. | ) | |

## MOTION FOR PLAINTIFF'S COUNSEL TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

NOW COMES undersigned counsel, Shelley Smith ("Smith"), of the law firm of Brown, Udell, Pomerantz & Delrahim, Ltd. ("BUPD"), pursuant to Local Rule 83.17 of the Local Rules of the United States District Court, Northern District, and moves this Honorable Court to enter an order granting her leave to withdraw as counsel for Plaintiff, FarmedHere, LLC ("FarmedHere"), and to permit the substitution in her stead of James A. Shimota of the Mavrakakis Law Group, LLP as counsel for FarmedHere. In support of its motion, Smith states as follows:

1. In December of 2013, FarmedHere engaged the law firm BUPD to represent it in connection with an arbitration demand made on FarmedHere by Defendant, Just Greens, d/b/a Aero Farm Systems, LLC ("AeroFarms"), in New York, and to pursue a separate lawsuit against AeroFarms in Illinois.

2. On January 17, 2014, Smith filed a Summons and Complaint on behalf of FarmedHere in this action (the "Illinois Litigation").

3. On January 21, 2014, Smith filed a Petition to Stay Arbitration on behalf of FarmedHere in the Supreme Court of the State of New York, County of New York (the "New York Litigation").

4. On March 18, 2014, Defendant, AeroFarms, filed a Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Stay this Action Pursuant to Fed. R. Civ. Proc. 12(b)(3), in the Illinois Litigation.

5. Pursuant to a briefing schedule issued by the Court in a minute order dated March 20, 2014, FarmedHere filed its Response on April 17. AeroFarms' Reply Brief is due on May 1, 2014.

6. Smith is seeking to withdraw as counsel for FarmedHere because withdrawal can be accomplished without material adverse effect on FarmedHere's interests in the Illinois and New York litigation.

7. Under these circumstances, BUPD is entitled to terminate the representation of FarmedHere and withdraw as FarmedHere's counsel under Rule 1.16(b)(1) of the Illinois Rules of Professional Conduct.

8. James A. Shimota intends to represent the Plaintiff in this matter, effective May 2, 2014.

9. A withdrawal and substitution of attorneys, executed by Brown Udell Pomerantz & Delrahim, Ltd. and Plaintiff is attached hereto as Exhibit A.

10. Notice of the instant Motion has been given to FarmedHere by electronic mail and by third-party carrier (Federal Express), to the following last known address:

Steven Denenberg
Paul Hardej
FarmedHere
6700 S. Sayre Ave.
Bedford Park, IL 60638

**WHEREFORE**, the firm of Brown, Udell, Pomerantz & Delrahim, Ltd. respectfully requests that this Honorable Court enter an order allowing Brown, Udell, Pomerantz & Delrahim, Ltd. to withdraw and allowing James A. Shimota, to represent the Plaintiff, and to allow the appearance fee previously paid to stand; and (iii) for such other and further relief as this Court deems just and equitable.

Dated: May 5, 2014                                    Brown, Udell, Pomerantz & Delrahim, Ltd.

                                                      By: _____
                                                          One of its Attorneys

Shelley Smith (#6208287)
**BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.**
1332 North Halsted Street, Suite 100
Chicago, Illinois 60642
Tel. (312) 475-9900
Fax. (312) 475-1188