**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

FarmedHere, LLC
                     Plaintiff,

v.                               Case No.: 1:14–cv–00370
                                   Honorable James F. Holderman

Just Greens, LLC
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2014:

       MINUTE entry before the Honorable James F. Holderman: Motion hearing held. Plaintiff's motion for Plaintiff's counsel to withdraw and for substitution of counsel [22] is granted. Attorney Shelley Smith is given leave to withdraw as counsel for Plaintiff. Attorney James A. Shimota of Mavrakakis Law Group, LLP is given leave to appear as counsel for Plaintiff. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.